```
                FILED             RECEIVED
                ENTERED           SERVED ON
                        COUNSEL/PARTIES OF RECORD

                     OCT 14 2020

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00887-VCF |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| RODRIGO NUNEZ-DE LEON, aka "Rodrigo Nunez," aka "Rodrigo Nunez De Leon," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on ____October 27____, 2020 at the hour of 4:00 p.m., be vacated and continued to January 25, 2021 at the hour for 4:00 PM in LV courtroom 3D Magistrate Judge Cam Ferenbach.

DATED this 14 day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

5