FILED _____    _____ RECEIVED
_____ ENTERED    _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RODRIGO NUNEZ-DE LEON,
   aka "Rodrigo Nunez,"
   aka "Rodrigo Nunez De Leon,"

      Defendant.

Case No. 2:20-mj-00887-VCF

**Order Directing Probation to Prepare
a Criminal History Report**

     Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

     IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

     DATED this 14 day of October, 2020.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE