NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6336
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00317-APG-NJK |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| RODRIGO NUNEZ-DE LEON,<br>    aka "Rodrigo Nunez,"<br>    aka "Rodrigo Nunez De Leon," | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about October 8, 2020, a Complaint was filed with the Court, charging Mr. Nunez-De Leon with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00887-VCF.

2. Mr. Nunez-De Leon made an initial appearance before the Court on or about October 13, 2020, and was ordered detained pending trial. *Id*. at ECF Nos. 4, 11. Mr. Nunez-De Leon remains detained by the U.S. Marshals Service.

3. Mr. Nunez-De Leon has signed a plea agreement with the United States, and this Court has set a change of plea hearing for January 13, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 23rd day of November, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


//s//
_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00317-APG-NJK |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| RODRIGO NUNEZ-DE LEON,<br>   aka "Rodrigo Nunez,"<br>   aka "Rodrigo Nunez De Leon," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Rodrigo Nunez-De Leon,* is unsealed.

**DATED** this  24th  day of November, 2020.

By the Court:

_____
United States Magistrate Judge